ELLIE LEE DICKENS v. ROBERT DeBREW AND WIFE, SUSIE DeBREW, ORA STATON, J. J. PITTMAN, LOUISE G. JOHNSON, AND ALL UNKNOWN PERSONS, FIRMS AND CORPORATIONS OWNING OR CLAIMING, THROUGH ARTHUR STATON, AN INTEREST IN THE REAL ESTATE WHICH IS THE SUBJECT OF THIS ACTION

No. 756SC600

(Filed 17 December 1975)

APPEAL by defendant, Ora Staton, from *Tillery, Judge.* Judgment entered 12 February 1975 in Superior Court, HALIFAX County. Heard in the Court of Appeals 22 October 1975.

Dickens v. DeBrew

*Charles J. Vaughan and C. Kitchin Josey, for plaintiff appellee.*

*James R. Walker, Jr., for defendant appellant.*

BRITT, VAUGHN and ARNOLD, Judges.

No error.